# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MARK SURVANCE,** | ) CASE NO. 5:15-cv-01233-SL |
| | ) |
| Plaintiff, | ) JUDGE LIOI |
| | ) |
| vs. | ) |
| | ) |
| | ) **NOTICE OF APPEARANCE** |
| **HEALTHCARE SERVICES GROUP, INC.,** | ) |
| | ) |
| Defendant. | ) |

Tod T. Morrow and Jonathan D. Decker, of Morrow & Meyer, LLC, 6269 Frank Avenue NW, North Canton, Ohio 44720, hereby enter their appearance as Co-Counsel for Defendant, Heathcare Services Group, Inc. in the above matter.

                    Respectfully submitted,

                    MORROW & MEYER LLC

                    */s/ Tod T. Morrow*
                    Tod T. Morrow (0042367)
                    Jonathan D. Decker (0089638)
                    6269 Frank Avenue NW
                    North Canton, Ohio 44720
                    Telephone:  (330) 433-6000
                    Fax:  (330) 433-6993
                    Email:  tmorrow@morrowmeyer.com
                                  jdecker@morrowmeyer.com

                    *Co-Counsel for Defendant,*
                    *Heathcare Services Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2015 a copy of *Notice of Appearance* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Tod T. Morrow*
Tod T. Morrow

HCSG Survance Notice of Appearance 8-10-15